**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-02132-RPM

WM SMITH & CO., a Colorado Corporation,

    Plaintiff,

v.

SKYONIC, INC. a/k/a SKYONIC CORPORATION, a Delaware Corporation,

    Defendant.

_____

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

THIS MATTER, having come before the Court on the Parties' Stipulation for Dismissal with Prejudice, and the Court, being fully advised in this matter, hereby:

ORDERS that the Stipulation is GRANTED and that all claims, counterclaims and crossclaims in the present action, be dismissed with prejudice, with each party to pay his, her, or its own costs and attorney fees.

DATED this 30th day of August, 2013.

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge