# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02132-RPM

WM SMITH & CO., a Colorado Corporation,

     Plaintiff,

v.

SKYONIC, INC. a/k/a SKYONIC CORPORATION, a Delaware Corporation,

     Defendant.

---

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

---

THIS MATTER, having come before the Court on the Parties' Stipulation for Dismissal with Prejudice, and the Court, being fully advised in this matter, hereby:

ORDERS that the Stipulation is GRANTED and that all claims, counterclaims and crossclaims in the present action, be dismissed with prejudice, with each party to pay his, her, or its own costs and attorney fees.

DATED this 30th day of August, 2013.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge